IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION NO. 09-5154 |
| v. | : | |
| ERIC WILLIAMS | : | CRIMINAL ACTION NO. 05-37 |

## **ORDER**

**AND NOW,** this 26th day of April, 2010, upon consideration of Defendant Eric Williams's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docket No. 69), and all attendant and responsive briefing, **IT IS HEREBY ORDERED** that:

1. The Motion pursuant to 28 U.S.C. § 2255 is **DENIED**.

2. Because Williams has failed to make a substantial showing of the denial of a constitutional right, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.